IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 2, 2008

Charles R. Fulbruge III
Clerk

No. 07-20815
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ALFREDO RUBIO-ALVAREZ, also known as Alfredo Rubio, also known as
Alfredo Alvarez Rubio, also known as Alfredo Rubio Alvarez, also known as
Alfredo Alvares Rubio, also known as Alfredo Rubio-Alvarez

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CR-249-ALL

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Alfredo Rubio-Alvarez
raises arguments that are foreclosed by Almendarez-Torres v. United States,
523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty
provision and not a separate criminal offense. United States v. Pineda-
Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), cert. denied, 128 S. Ct. 872 (2008).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.